UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MOUNTAIN PURE, LLC, d/b/a MOUNTAIN
PURE WATER, MOUNTAIN PURE TX, LLC
And MOUNTAIN PURE MS, LLC                           PLAINTIFFS

vs.                        Case No: 4:15-cv-269-JM

RAVAGO AMERICAS, LLC
d/b/a MUEHLSTEIN                                    DEFENDANT

## ORDER GRANTING MOTION TO DISMISS

Comes before the Court the Joint Motion of Plaintiffs Mountain Pure, LLC, d/b/a Mountain Pure Water, Mountain Pure TX, LLC and Mountain Pure MS, LLC, and Defendant Ravago Americas, LLC, d/b/a MU, seeking dismissal of this case with prejudice. The Court hereby finds that the aforementioned parties have reached a settlement, and this case is dismissed with prejudice, including any claims of the Plaintiffs and any Counterclaims of the Defendant.

IT IS SO ORDERED.

_____
HONORABLE JAMES M. MOODY, JR.
United States District Judge

Prepared by:

Shane Strabala
Munson, Rowlett, Moore & Boone, P.A.
400 West Capitol Avenue, Suite 1900
Little Rock, Arkansas 72201
Telephone: 501-374-6535
Facsimile: 501-374-5906
Shane.strabala@mrmblaw.com